UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| EDWARD & LYSETTE HERNANDEZ, | ) | Case No. 05-58989-ERW |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

**Trustee's Final Report**

To:   The Honorable Eugene R. Wedoff
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.  The Petition commencing this case was filed on October 15, 2005 and Joseph A. Baldi, Trustee was appointed Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.  The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the trustee's final account as of October 31, 2008 is as follows:
    a.  RECEIPTS (See Exhibit C)                         $518,919.26
    b.  DISBURSEMENTS (See Exhibit C)                    $478,246.65
    c.  NET CASH available for distribution               $40,672.61
    d.  TRUSTEE/PROFESSIONAL COSTS:
        1.  Trustee compensation                           $7,500.00
        2.  Trustee expenses                                  $16.00

    3.    Compensation requested by attorney or other professionals for trustee

| | | | |
|---|---|---|---|
| | (a.) | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees (Trustee Firm)* | $8,655.00 |
| | (b.) | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses (Trustee Firm)* | $250.00 |
| | (c.) | Popowcer Katten, Ltd<br>*Accountant for Trustee Fees (Other Firm)* | $1,113.00 |

5.    The Bar Date for filing unsecured claims expired on March 22, 2006.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $21,856.31 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $129,034.85 |

7.    Trustee proposes that unsecured creditors receive a distribution of 17.93% of allowed claims.

8.    The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $7,500.00 | $16.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $4,322.31 | $8,655.00 | $250.00 |
| POPOWCER KATTEN, LTD<br>*Accountant for Trustee* | $0.00 | $1,113.00 | $0.00 |

9. A fee of $1,600.00 was paid to Debtors' Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: November 13, 2008

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

Trustee's Final Report                                    Edward & Lysette Hernandez
                                                              Case No. 05-58989

Tasks Completed by Trustee

Exhibit A

EXHIBIT A

TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A. Trustee identified the potential equity in the Debtors' residence located at 2518 W. Moffat, Chicago, IL (the "Property"); prior to the petition date, Debtors had listed the Property for sale and had entered into a real estate sales contract ("Contract"); Trustee obtained court authority to assume the Contract and to sell the Property free and clear of liens, claims and encumbrances with the liens of Beneficial and Meza (more fully described below) to attach to the sale proceeds; Trustee analyzed the liens asserted against the Property; Trustee directed and oversaw the closing of the Property; the Estate recovered gross proceeds of $513,000 on account of the sale of the Property; Trustee directed his general counsel to file a complaint to avoid the judgment lien asserted by Beneficial; Trustee obtained a default judgment against Beneficial;

B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E. Trustee examined proofs of claim filed against the Estate; Trustee examined the circumstances and the underlying documentation surrounding the secured claim and lien asserted by Rachel Meza ("Meza"), the mother of Lysette Hernandez; Trustee believed that the lien was avoidable and pursued negotiations with Meza to resolve Trustee's objections; ultimately, pursuant to this Court's Order dated August 2, 2007, Trustee and Meza and settled such that Meza's claim was allowed as a secured claim in the amount of $5,000 and the as a general unsecured claim in the amount of $100,000;

F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Trustee's Final Report**

Edward & Lysette Hernandez
Case No. 05-58989

Form I

Individual Estate Property Record and Report

Exhibit B

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 05-58989   ERW   Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HERNANDEZ, EDWARD | Date Filed (f) or Converted (c) | 10/15/05 (f) |
| | HERNANDEZ, LYSETTE | 341(a) Meeting Date | 02/10/06 |
| | | Claims Bar Date | 03/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1/2 interest in 26 foot boat - sold for $5,000, debtor's share exempt. Debtor Claimed Exemption | | | | | | | |

| | | | | | Gross Value of Remaining Assets | | |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $604,489.63 | $49,151.14 | $518,919.26 | $0.00 | | $454,238.86 | $63,099.63 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Estate's interest in Debtor's home, free and clear of liens. Paid off Debtors' exemption and senior mortgages from proceeds of sale 3rd Mortgage on property to mother is avoidable and TR has reached agreement with Mother for consensual order to avoid mortgage and preserve for benefit of estate. Obtained court approval of settlement with mother and paid her $5,0000 Obtained order finding Beneficial Illinois lien subordinate to lien held by estate and unsecured. Negotiating with Debtor to dispose of non-exempt personal property. Need to file estate tax return, then prepare final report.

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 09/01/08

FORM1EX                                                                                                                              Ver: 14.11

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 05-58989 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HERNANDEZ, EDWARD | | Bank Name: | Bank of America, N.A. |
| | HERNANDEZ, LYSETTE | | Account Number / CD #: | ******0232 Interest earning MMA Account |
| Taxpayer ID No.: | ******0083 | | | |
| For Period Ending: | 11/13/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 01/19/06 | | Ticor Title Insurance Company | | | 49,801.98 | | 49,801.98 |
| | | 203 N. LaSalle Street Suite 2200 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| | 1 | STEVEN YOUNG AND LANNA YOUNG | Memo Amount:      518,000.00 | 1110-000 | | | |
| | | | Gross Sales Proceeds | | | | |
| | | WELLS FARGO HOME MORTGAGE | Memo Amount:   (   352,322.14 ) | 4110-000 | | | |
| | | | Payoff First Mortgage | | | | |
| | | CHEVY CHASE BANK | Memo Amount:   (    64,728.46 ) | 4110-000 | | | |
| | | | Payoff second mortgage lien | | | | |
| | | RUBLOFF, INC. | Memo Amount:   (    25,850.00 ) | 3510-000 | | | |
| | | | Brokers commission | | | | |
| | | EDWARD J. O'CONNELL | Memo Amount:   (       690.00 ) | 3210-600 | | | |
| | | | Special Counsel Fees | | | | |
| | | EDWARD & LYSETTE HERNANDEZ | Memo Amount:   (    15,000.00 ) | 8100-002 | | | |
| | | | homestead exemption | | | | |
| | | STEVEN YOUNG AND LANNA YOUNG | Memo Amount:   (     3,329.41 ) | 2820-000 | | | |
| | | | real estate tax proration | | | | |
| | | TICOR TITLE | Memo Amount:   (     6,278.01 ) | 2500-000 | | | |
| | | | other closing costs | | | | |
| C 01/19/06 | | Transfer to Acct #******0245 | Bank Funds Transfer | 9999-000 | | 650.00 | 49,151.98 |
| C 01/31/06 | 2 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 7.18 | | 49,159.16 |
| C 02/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 35.02 | | 49,194.18 |
| C 03/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 41.78 | | 49,235.96 |
| C 04/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.46 | | 49,276.42 |
| C 05/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 41.86 | | 49,318.28 |
| C 06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.54 | | 49,358.82 |
| C 07/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 41.92 | | 49,400.74 |
| C 08/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 41.96 | | 49,442.70 |
| C 09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.63 | | 49,483.33 |
| C 10/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 42.03 | | 49,525.36 |
| C 11/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.71 | | 49,566.07 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-58989 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | HERNANDEZ, EDWARD | | Bank Name | Bank of America, N.A |
| | HERNANDEZ, LYSETTE | | Account Number / CD # | ******0232 Interest earning MMA Account |
| Taxpayer ID No: | ******0083 | | | |
| For Period Ending: | 11/13/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 12/20/06 | | Transfer to Acct #******0245 | Bank Funds Transfer | 9999-000 | | 4,322.31 | 45,243.76 |
| C  12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.67 | | 45,284.43 |
| C  01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 38.47 | | 45,322.90 |
| C t 02/20/07 | | Transfer to Acct #******0245 | Bank Funds Transfer | 9999-000 | | 37.90 | 45,285.00 |
| C  02/28/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.76 | | 45,319.76 |
| C  03/30/07 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 38.49 | | 45,358.25 |
| C  04/30/07 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 37.28 | | 45,395.53 |
| C  05/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 38.56 | | 45,434.09 |
| C  06/29/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 37.34 | | 45,471.43 |
| C  07/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 38.62 | | 45,510.05 |
| C t 08/06/07 | | Transfer to Acct #******0245 | Bank Funds Transfer | 9999-000 | | 5,000.00 | 40,510.05 |
| C  08/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 35.09 | | 40,545.14 |
| C  09/28/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 25.82 | | 40,570.96 |
| C  10/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 25.85 | | 40,596.81 |
| C  11/30/07 | 2 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 21.69 | | 40,618.50 |
| C  12/31/07 | 2 | Bank of America, N A | Interest Rate 0.500 | 1270-000 | 19.42 | | 40,637.92 |
| C  01/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 16.10 | | 40,654.02 |
| C t 02/19/08 | | Transfer to Acct #******0245 | Bank Funds Transfer | 9999-000 | | 38.42 | 40,615.60 |
| C  02/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 9.66 | | 40,625.26 |
| C  03/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 9.60 | | 40,634.86 |
| C  04/30/08 | 2 | Bank of America, N A | Interest Rate 0.250 | 1270-000 | 8.33 | | 40,643.19 |
| C  05/30/08 | 2 | Bank of America, N A | Interest Rate 0.150 | 1270-000 | 5.16 | | 40,648.35 |
| C  06/30/08 | 2 | Bank of America, N A | Interest Rate 0.150 | 1270-000 | 5.00 | | 40,653.35 |
| C  07/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.16 | | 40,658.51 |
| C  08/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.16 | | 40,663.67 |
| C  09/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.00 | | 40,668.67 |
| C  10/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.94 | | 40,672.61 |

LFORM2T4

Ver. 14.11

Form 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-58989 -ERW | Trustee Name | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HERNANDEZ, EDWARD | Bank Name | Bank of America, N.A |
|  | HERNANDEZ, LYSETTE | Account Number / CD # | *******0232 Interest earning MMA Account |
| Taxpayer ID No: | *******0083 |  |  |
| For Period Ending: | 11/13/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts: 518,000.00
Memo Allocation Disbursements: 468,198.02

Memo Allocation Net: 49,801.98

| Account *******0232 | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|
| 1 | Deposits | 49,801.98 | 0 | Checks | 0.00 |
| 34 | Interest Postings | 919.26 | 0 | Adjustments Out | 0.00 |
|  | Subtotal | $ 50,721.24 | 5 | Transfers Out | 10,048.63 |
| 0 | Adjustments In | 0.00 |  | Total | $ 10,048.63 |
| 0 | Transfers In | 0.00 |  |  |  |
|  | Total | $ 50,721.24 |  |  |  |

LFORM2T4

Ver: 14.11

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-58989 -FRW | Trustee Name | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name | HERNANDEZ, EDWARD | Bank Name | Bank of America, N.A. |
| | HERNANDEZ, LYSETTE | Account Number / CD # | *******0245 Non-Interest earning DDA Account |
| Taxpayer ID No | ******0083 | | |
| For Period Ending | 11/13/08 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  01/19/06 | | Transfer from Acct #*******0232 | Bank Funds Transfer | 9999-000 | 650.00 | | 650.00 |
| C   01/19/06 | 001001 | Wells Fargo Home Mortgage | Final payoff of mortgage | 4110-000 | | 650.00 | 0.00 |
| | | 1 Home Campus | Payment of additional fees due to mortgagee | | | | |
| | | MAC # x2501-01D | | | | | |
| | | Des Moines, IA 50328 | | | | | |
| C t  12/20/06 | | Transfer from Acct #*******0232 | Bank Funds Transfer | 9999-000 | 4,322.31 | | 4,322.31 |
| C   12/20/06 | 001002 | Joseph A. Baldi & Associates, P.C. | Trustee's Attorneys' Fees | 3110-000 | | 4,305.00 | 17.31 |
| | | | 1st Interim Allowance per court order 12/20/06 | | | | |
| C   12/20/06 | 001003 | Joseph A. Baldi & Associates, P.C. | Trustee's Attorneys' Expenses | 3120-000 | | 17.31 | 0.00 |
| | | 19 S. LaSalle St. #1500 | 1st Interim Allowance per Ct. Order 12/20/06 | | | | |
| | | Chicago, IL  60603 | | | | | |
| C t  02/20/07 | | Transfer from Acct #*******0232 | Bank Funds Transfer | 9999-000 | 37.90 | | 37.90 |
| C   02/20/07 | 001004 | International Sureties, Ltd. | | 2300-000 | | 37.90 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| C t  08/06/07 | | Transfer from Acct #*******0232 | Bank Funds Transfer | 9999-000 | 5,000.00 | | 5,000.00 |
| C   08/06/07 | 001005 | Raquel Meza | Settlement per Court Order 8/2/07 | 4110-000 | | 5,000.00 | 0.00 |
| | | | Disputed Mortgage Lien | | | | |
| C t  02/19/08 | | Transfer from Acct #*******0232 | Bank Funds Transfer | 9999-000 | 38.42 | | 38.42 |
| C   02/19/08 | 001006 | International Sureties | Bond Premium Payment | 2300-000 | | 38.42 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |

LFORM2T4

Ver 14.11

Form 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-58989 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HERNANDEZ, EDWARD | Bank Name: | Bank of America, N.A. |
| | HERNANDEZ, LYSETTE | Account Number / CD #: | ******0245 Non-Interest earning DDA Account |
| Taxpayer ID No: | ******0083 | | |
| For Period Ending: | 11/13/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

```
                                          Account ******0245          Balance Forward            0.00
                                                              0      Deposits                    0.00        6  Checks            10,048.63
                                                              0      Interest Postings           0.00        0  Adjustments Out       0.00
           Memo Allocation Receipts:        0.00                                                              0  Transfers Out         0.00
           Memo Allocation Disbursements:   0.00                     Subtotal            $       0.00
                                                                                                                Total       $     10,048.63
              Memo Allocation Net:          0.00              0      Adjustments In              0.00
                                                              5      Transfers In           10,048.63

                                                                     Total               $  10,048.63
```



```
                                          Report Totals              Balance Forward             0.00
                                                              1      Deposits               49,801.98        6  Checks            10,048.63
           Total Allocation Receipts:   518,000.00           34      Interest Postings         919.26        0  Adjustments Out       0.00
           Total Allocation Disbursements: 468,198.02                                                         5  Transfers Out     10,048.63
                                                                     Subtotal            $  50,721.24
           Total Memo Allocation Net:    49,801.98                                                              Total       $     20,097.26
                                                              0      Adjustments In              0.00
                                                              5      Transfers In           10,048.63

                                                                     Total               $  60,769.87           Net Total Balance  $  40,672.61
```

LFORM2T4

Ver: 14.11

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 05-58989 | ERW    Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HERNANDEZ, EDWARD | | Date Filed (f) or Converted (c): | 10/15/05 (f) |
| | HERNANDEZ, LYSETTE | | 341(a) Meeting Date: | 02/10/06 |
| For Period Ending | 11/14/08 | | Claims Bar Date: | 03/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Property | 549,000.00 | 49,151.14 | | 518,000.00 | FA | 453,848.86 | 15,000.00 |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 919.26 | Unknown | 0.00 | 0.00 |
| 3. Checking, Savings Accounts | 10.00 | 0.00 | | 0.00 | FA | 0.00 | 10.00 |
| Checking Account with La Salle Bank | | | | | | | |
| 4. Checking, Savings Accounts | 10.00 | 0.00 | | 0.00 | FA | 0.00 | 10.00 |
| Savings account with LaSalle Bank | | | | | | | |
| 5. Security Deposits | 390.00 | 0.00 | | 0.00 | FA | 390.00 | 0.00 |
| Security deposits with Com Ed ($150), SBC ($90), and Peoples Energy ($150) - each subject to set off | | | | | | | |
| 6. Household Goods & Furnishings | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 800.00 |
| Misc Household goods | | | | | | | |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| Debtor Claimed Exemption | | | | | | | |
| 8. Jewelry | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| costume jewelry | | | | | | | |
| Debtor Claimed Exemption | | | | | | | |
| 9. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| whole life policy, no cash value, claimed exempt | | | | | | | |
| 10. Pension or Profit Sharing | 40,279.63 | 0.00 | | 0.00 | FA | 0.00 | 40,279.63 |
| Pension through employer, claimed exempt | | | | | | | |
| Debtor Claimed Exemption | | | | | | | |
| 11. Automobiles and Other Vehicles | 4,700.00 | 0.00 | | 0.00 | FA | 0.00 | 2,980.00 |
| 2000 Honda Accord - 65,000 miles - vehicle traded in for $2,980, within exemptions, no equity for estate. | | | | | | | |
| Debtor Claimed Exemption | | | | | | | |
| 12. Automobiles and Other Vehicles | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 1988 Ford Mustang 170,000 miles | | | | | | | |
| Debtor Claimed Exemption | | | | | | | |
| 13. Boats, motors & accessories | 8,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,970.00 |

LFORM1EX                                                                                                                                    Ver: 14.11

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| HERNANDEZ, EDWARD | ) | Case No. 05-58989 |
| HERNANDEZ, LYSETTE | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

## PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $17,534.00 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $23,138.61 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$40,672.61** |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $21,856.31 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $7,500.00 | $7,500.00 |
| | Joseph A. Baldi, Trustee<br>*Trustee Expenses* | $16.00 | $16.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $12,960.00 | $8,655.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses* | $267.31 | $250.00 |
| | Popowcer Katten, Ltd<br>*Accountant for Trustee Fees* | $1,113.00 | $1,113.00 |
| | **CLASS TOTALS** | **$21,856.31** | **$17,534.00** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 129,034.85 | 17.93 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 1 | Midwest Verizon Wireless *General Unsecured Claims* | $983.61 | $176.38 |
| 2 | Capital Recovery One *General Unsecured Claims* | $1,483.42 | $266.01 |
| 3 | MBNA, Truelogic Financial Corp *General Unsecured Claims* | $20,015.58 | $3,589.21 |
| 4 | Atlantic Credit & Finance, Inc *General Unsecured Claims* | $6,552.24 | $1,174.95 |
| 5A | Raquel Meza *General Unsecured Claims* | $100,000.00 | $17,932.06 |
| | **CLASS TOTALS** | **$129,034.85** | **$23,138.61** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 5,000.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 5 | Raquel Meza *Real Estate-Consensual Liens* | $5,000.00 | $0.00 |
| | CLASS TOTALS | $5,000.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant: NONE

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 13, 2008                    _____/s/_____