UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Edward & Lysette Hernandez, | ) | Case No. 05-58989 |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

### Order Awarding Trustee Compensation and Expense Reimbursement

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi Trustee is allowed compensation and expense reimbursement as follows:

1. Compensation    $7,500.00
2. Expenses        $   16.00

   TOTAL          $7,516.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____


ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE