UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Edward & Lysette Hernandez, | ) | Case No. 05-58989 |
| | ) | |
| Debtors. | ) | Hon. Eugene R. Wedoff |

### Order Awarding Compensation and Expenses to Trustee's Attorneys

THIS MATTER BEING HEARD on the Second and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows;

1. Compensation    $8,655.00
2. Expenses        $ 250.00

   TOTAL           $8,905.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court;

IT IS FURTHER ORDERED that all monies previously awarded and paid to Joseph A. Baldi & Associates, P.C. as interim compensation and expense reimbursement shall be deemed final.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE