**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 05-58989 ERW |
| HERNANDEZ, EDWARD | § | |
| HERNANDEZ, LYSETTE | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 63,099.63 |
| Total Distributions to Claimants: 445,844.75 | Claims Discharged Without Payment: 235,899.93 |
| Total Expenses of Administration: 58,080.05 | |

3) Total gross receipts of $ 518,924.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 503,924.80 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 505,139.47 | $ 536,700.60 | $ 422,700.60 | $ 422,700.60 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 58,080.05 | 58,080.05 | 58,080.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 14,500.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 158,428.04 | 129,034.85 | 129,034.85 | 23,144.15 |
| **TOTAL DISBURSEMENTS** | $ 678,067.51 | $ 723,815.50 | $ 609,815.50 | $ 503,924.80 |

4) This case was originally filed under chapter 7 on 10/15/2005 . The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2009 By:/s/Joseph A. Baldi, Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property | 1110-000 | 518,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 924.80 |
| **TOTAL GROSS RECEIPTS** | | $ 518,924.80 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Edward & Lysette Hernandez | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 15,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank | | 60,000.00 | NA | NA | 0.00 |
| Wells Fargo | | 326,139.47 | NA | NA | 0.00 |
| CHEVY CHASE BANK | 4110-000 | NA | 64,728.46 | 64,728.46 | 64,728.46 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RAQUEL MEZA | 4110-000 | 119,000.00 | 119,000.00 | 5,000.00 | 5,000.00 |
| WELLS FARGO HOME MORTGAGE | 4110-000 | NA | 352,322.14 | 352,322.14 | 352,322.14 |
| WELLS FARGO HOME MORTGAGE | 4110-000 | NA | 650.00 | 650.00 | 650.00 |
| **TOTAL SECURED CLAIMS** | | $ 505,139.47 | $ 536,700.60 | $ 422,700.60 | $ 422,700.60 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| JOSEPH A. BALDI, TRUSTEE | 2200-000 | NA | 16.00 | 16.00 | 16.00 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 38.42 | 38.42 | 38.42 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 37.90 | 37.90 | 37.90 |
| TICOR TITLE | 2500-000 | NA | 6,278.01 | 6,278.01 | 6,278.01 |
| STEVEN YOUNG AND LANNA YOUNG | 2820-000 | NA | 3,329.41 | 3,329.41 | 3,329.41 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | 3110-000 | NA | 12,960.00 | 12,960.00 | 12,960.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI & ASSOCIATES, P.C. | 3120-000 | NA | 267.31 | 267.31 | 267.31 |
| EDWARD J. O'CONNELL | 3210-600 | NA | 690.00 | 690.00 | 690.00 |
| POPOWCER KATTEN, LTD | 3410-000 | NA | 1,113.00 | 1,113.00 | 1,113.00 |
| RUBLOFF, INC. | 3510-000 | NA | 25,850.00 | 25,850.00 | 25,850.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 58,080.05 | $ 58,080.05 | $ 58,080.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRS | | 13,000.00 | NA | NA | 0.00 |
| IRS | | 1,500.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ 14,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADT | | 1,000.00 | NA | NA | 0.00 |
| AFI | | 1,036.20 | NA | NA | 0.00 |
| Avala | | 4,358.02 | NA | NA | 0.00 |
| Bank One | | 792.30 | NA | NA | 0.00 |
| Bank One | | 792.30 | NA | NA | 0.00 |
| Beneficial | | 7,864.59 | NA | NA | 0.00 |
| Beneficial Illinois | | 7,532.79 | NA | NA | 0.00 |
| Capital One | | 2,566.56 | NA | NA | 0.00 |
| Cellular One | | 3,215.46 | NA | NA | 0.00 |
| Chase Bank | | 6,241.25 | NA | NA | 0.00 |
| Citibank | | 17,647.69 | NA | NA | 0.00 |
| City of Chicago-Dept. of Revenue | | 200.00 | NA | NA | 0.00 |
| City of Chicago-Water | | 500.79 | NA | NA | 0.00 |
| Com Ed | | 560.71 | NA | NA | 0.00 |
| Credit Management Services | | 720.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| Curves Logan Square | | 200.00 | NA | NA | 0.00 |
| Discover | | 5,000.00 | NA | NA | 0.00 |
| Earthlink | | 72.07 | NA | NA | 0.00 |
| Hinkley Spring Water | | 37.55 | NA | NA | 0.00 |
| IDAPP IL | | 22,558.62 | NA | NA | 0.00 |
| ISAC | | 22,000.00 | NA | NA | 0.00 |
| Julia Meza | | 15,000.00 | NA | NA | 0.00 |
| Lakeshore Waste Services | | 90.00 | NA | NA | 0.00 |
| McLeod USA | | 600.48 | NA | NA | 0.00 |
| Mid City Salon Resources | | 640.93 | NA | NA | 0.00 |
| Muzac | | 2,210.00 | NA | NA | 0.00 |
| Northshore Agency | | 16.94 | NA | NA | 0.00 |
| Pellettieri & Assoc. | | 568.00 | NA | NA | 0.00 |
| People's Energy | | 45.00 | NA | NA | 0.00 |
| Postal Privilege | | 1,368.70 | NA | NA | 0.00 |
| Premier | | 452.34 | NA | NA | 0.00 |
| SBC Ameritech | | 171.72 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Transworld Systems | | 300.00 | NA | NA | 0.00 |
| Victory Beauty | | 3,648.22 | NA | NA | 0.00 |
| MBNA, TRUELOGIC-UNCLAIMED W/CLERK | 7100-000 | 19,964.14 | 20,015.58 | 20,015.58 | 3,590.07 |
| MIDWEST VERIZON WIRELESS | 7100-000 | 419.01 | 983.61 | 983.61 | 176.42 |
| RAQUEL MEZA | 7100-000 | NA | 100,000.00 | 100,000.00 | 17,936.36 |
| ATLANTIC CREDIT & FINANCE, INC | 7100-900 | 6,552.24 | 6,552.24 | 6,552.24 | 1,175.23 |
| CAPITAL RECOVERY ONE | 7100-900 | 1,483.42 | 1,483.42 | 1,483.42 | 266.07 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 158,428.04 | $ 129,034.85 | $ 129,034.85 | $ 23,144.15 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 05-58989 ERW Judge: Eugene R. Wedoff
Case Name: HERNANDEZ, EDWARD
HERNANDEZ, LYSETTE
For Period Ending: 08/03/09

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 10/15/05 (f)
341(a) Meeting Date: 02/10/06
Claims Bar Date: 03/22/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 549,000.00 | 49,151.14 | | 518,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 924.80 | Unknown |
| 3. Checking, Savings Accounts<br>Checking Account with La Salle Bank | 10.00 | 0.00 | | 0.00 | FA |
| 4. Checking, Savings Accounts<br>Savings account with LaSalle Bank | 10.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposits<br>Security deposits with Com Ed ($150), SBC ($90), and Peoples Energy ($150) - each subject to set off | 390.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods & Furnishings<br>Misc Household goods | 800.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry<br>costume jewelry<br>Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies<br>whole life policy, no cash value, claimed exempt | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension or Profit Sharing<br>Pension through employer, claimed exempt<br>Debtor Claimed Exemption | 40,279.63 | 0.00 | | 0.00 | FA |
| 11. Automobiles and Other Vehicles<br>2000 Honda Accord - 65,000 miles - vehicle traded in for $2,980, within exemptions, no equity for estate.<br>Debtor Claimed Exemption | 4,700.00 | 0.00 | | 0.00 | FA |
| 12. Automobiles and Other Vehicles | 500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 05-58989 ERW Judge: Eugene R. Wedoff
Case Name: HERNANDEZ, EDWARD
HERNANDEZ, LYSETTE

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 10/15/05 (f)
341(a) Meeting Date: 02/10/06
Claims Bar Date: 03/22/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1988 Ford Mustang 170,000 miles<br>Debtor Claimed Exemption | | | | | |
| 13. Boats, motors & accessories | 8,000.00 | 0.00 | | 0.00 | FA |
| 1/2 interest in 26 foot boat - sold for $5,000, debtor's share exempt.<br>Debtor Claimed Exemption | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $604,489.63 | $49,151.14 | | $518,924.80 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Estate's interest in Debtor's home , free and clear of liens. Paid off Debtors' exemption and senior mortgages from proceeds of sale. 3rd Mortgage on property to mother is avoidable and TR has reached agreement with Mother for consensual order to avoid mortgage and preserve for benefit of estate. Obtained court approval of settlement with mother and paid her $5,0000. Obtained order finding Beneficial Illinois lien subordinate to lien held by estate and unsecured. Filed Estate tax returns. Final Report filed--final hearing held January 13, 2009.

Initial Projected Date of Final Report (TFR): 12/31/07 Current Projected Date of Final Report (TFR): 09/01/08

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58989 -ERW
Case Name: HERNANDEZ, EDWARD
HERNANDEZ, LYSETTE
Taxpayer ID No: *******0083
For Period Ending: 08/03/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0232 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/06 | | Ticor Title Insurance Company<br>203 N. LaSalle Street Suite 2200<br>Chicago IL 60601 | | | 49,801.98 | | 49,801.98 |
| | 1 | STEVEN YOUNG AND LANNA YOUNG | Memo Amount: 518,000.00<br>Gross Sales Proceeds | 1110-000 | | | |
| | | WELLS FARGO HOME MORTGAGE | Memo Amount: ( 352,322.14 )<br>Payoff First Mortgage | 4110-000 | | | |
| | | CHEVY CHASE BANK | Memo Amount: ( 64,728.46 )<br>Payoff second mortgage lien | 4110-000 | | | |
| | | RUBLOFF, INC. | Memo Amount: ( 25,850.00 )<br>Brokers commission | 3510-000 | | | |
| | | EDWARD J. O'CONNELL | Memo Amount: ( 690.00 )<br>Special Counsel Fees | 3210-600 | | | |
| | | EDWARD & LYSETTE HERNANDEZ | Memo Amount: ( 15,000.00 )<br>homestead exemption | 8100-002 | | | |
| | | STEVEN YOUNG AND LANNA YOUNG | Memo Amount: ( 3,329.41 )<br>real estate tax proration | 2820-000 | | | |
| | | TICOR TITLE | Memo Amount: ( 6,278.01 )<br>other closing costs | 2500-000 | | | |
| 01/19/06 | | Transfer to Acct #*******0245 | Bank Funds Transfer<br>Transfer to pay additional funds due Wells Fargo Home Mortgage | 9999-000 | | 650.00 | 49,151.98 |
| 01/31/06 | 2 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 7.18 | | 49,159.16 |
| 02/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 35.02 | | 49,194.18 |
| 03/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 41.78 | | 49,235.96 |
| 04/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.46 | | 49,276.42 |
| 05/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 41.86 | | 49,318.28 |
| 06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.54 | | 49,358.82 |
| 07/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 41.92 | | 49,400.74 |
| 08/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 41.96 | | 49,442.70 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58989 -ERW
Case Name: HERNANDEZ, EDWARD
HERNANDEZ, LYSETTE
Taxpayer ID No: *******0083
For Period Ending: 08/03/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0232 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.63 | | 49,483.33 |
| 10/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 42.03 | | 49,525.36 |
| 11/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.71 | | 49,566.07 |
| 12/20/06 | | Transfer to Acct #*******0245 | Bank Funds Transfer<br>Transfer funds to pay interim allowances for attys fees and exp. | 9999-000 | | 4,322.31 | 45,243.76 |
| 12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 40.67 | | 45,284.43 |
| 01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 38.47 | | 45,322.90 |
| 02/20/07 | | Transfer to Acct #*******0245 | Bank Funds Transfer | 9999-000 | | 37.90 | 45,285.00 |
| 02/28/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.76 | | 45,319.76 |
| 03/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 38.49 | | 45,358.25 |
| 04/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 37.28 | | 45,395.53 |
| 05/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 38.56 | | 45,434.09 |
| 06/29/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 37.34 | | 45,471.43 |
| 07/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 38.62 | | 45,510.05 |
| 08/06/07 | | Transfer to Acct #*******0245 | Bank Funds Transfer<br>Tranfer funds to pay settlement to Raquel Meza per ct order dated 8/2/07. | 9999-000 | | 5,000.00 | 40,510.05 |
| 08/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 35.09 | | 40,545.14 |
| 09/28/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 25.82 | | 40,570.96 |
| 10/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 25.85 | | 40,596.81 |
| 11/30/07 | 2 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 21.69 | | 40,618.50 |
| 12/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 19.42 | | 40,637.92 |
| 01/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 16.10 | | 40,654.02 |
| 02/19/08 | | Transfer to Acct #*******0245 | Bank Funds Transfer | 9999-000 | | 38.42 | 40,615.60 |
| 02/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 9.66 | | 40,625.26 |
| 03/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 9.60 | | 40,634.86 |
| 04/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 8.33 | | 40,643.19 |
| 05/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.16 | | 40,648.35 |
| 06/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.00 | | 40,653.35 |
| 07/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.16 | | 40,658.51 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58989 -ERW
Case Name: HERNANDEZ, EDWARD
HERNANDEZ, LYSETTE
Taxpayer ID No: *******0083
For Period Ending: 08/03/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0232 Interest earning MMA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.16 | | 40,663.67 |
| 09/30/08 | 2 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 5.00 | | 40,668.67 |
| 10/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.94 | | 40,672.61 |
| 11/28/08 | 2 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 3.33 | | 40,675.94 |
| 12/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 2.05 | | 40,677.99 |
| 01/15/09 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 40,678.15 |
| 01/15/09 | | Transfer to Acct #*******0245 | Final Posting Transfer<br>Transfer funds for final distribution. ecb January 15, 2009, 11:05 am | 9999-000 | | 40,678.15 | 0.00 |

| Memo Allocation | |
|---|---|
| Memo Allocation Receipts: | 518,000.00 |
| Memo Allocation Disbursements: | 468,198.02 |
| Memo Allocation Net: | 49,801.98 |

Account *******0232

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 49,801.98 | 0 | Checks | 0.00 |
| 37 | Interest Postings | 924.80 | 0 | Adjustments Out | 0.00 |
| | | | 6 | Transfers Out | 50,726.78 |
| | Subtotal | $ 50,726.78 | | | |
| | | | | Total | $ 50,726.78 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 50,726.78 | | | |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58989 -ERW
Case Name: HERNANDEZ, EDWARD
HERNANDEZ, LYSETTE
Taxpayer ID No: *******0083
For Period Ending: 08/03/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0245 Non-Interest earning DDA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/06 | | Transfer from Acct #*******0232 | Bank Funds Transfer<br>Transfer to pay additional funds due Wells Fargo Home Mortgage | 9999-000 | 650.00 | | 650.00 |
| 01/19/06 | 001001 | Wells Fargo Home Mortgage<br>1 Home Campus<br>MAC # x2501-01D<br>Des Moines, IA 50328 | Final payoff of mortgage<br>Payment of additional fees due to mortgagee payment pursuant to agreement on post closing adjustment | 4110-000 | | 650.00 | 0.00 |
| 12/20/06 | | Transfer from Acct #*******0232 | Bank Funds Transfer<br>Transfer funds to pay interim allowances for attys fees and exp. | 9999-000 | 4,322.31 | | 4,322.31 |
| 12/20/06 | 001002 | Joseph A. Baldi & Associates, P.C. | Trustee's Attorneys' Fees<br>1st Interim Allowance per court order 12/20/06 | 3110-000 | | 4,305.00 | 17.31 |
| 12/20/06 | 001003 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee's Attorneys' Expenses<br>1st Interim Allowance per Ct. Order 12/20/06 | 3120-000 | | 17.31 | 0.00 |
| 02/20/07 | | Transfer from Acct #*******0232 | Bank Funds Transfer | 9999-000 | 37.90 | | 37.90 |
| 02/20/07 | 001004 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans LA 70130 | | 2300-000 | | 37.90 | 0.00 |
| 08/06/07 | | Transfer from Acct #*******0232 | Bank Funds Transfer<br>Tranfer funds to pay settlement to Raquel Meza per ct order dated 8/2/07. | 9999-000 | 5,000.00 | | 5,000.00 |
| 08/06/07 | 001005 | Raquel Meza | Settlement per Court Order 8/2/07<br>Disputed Mortgage Lien | 4110-000 | | 5,000.00 | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0232 | Bank Funds Transfer | 9999-000 | 38.42 | | 38.42 |
| 02/19/08 | 001006 | International Sureties<br>701 Pydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>2008 Annual premium payment | 2300-000 | | 38.42 | 0.00 |
| 01/15/09 | | Transfer from Acct #*******0232 | Transfer In From MMA Account | 9999-000 | 40,678.15 | | 40,678.15 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58989 -ERW
Case Name: HERNANDEZ, EDWARD
HERNANDEZ, LYSETTE
Taxpayer ID No: *******0083
For Period Ending: 08/03/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0245 Non-Interest earning DDA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Transfer funds for final distribution. ecb January 15, 2009, 11:05 am | | | | |
| 02/25/09 | 001007 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 7,500.00 | 33,178.15 |
| 02/25/09 | 001008 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Expenses | 2200-000 | | 16.00 | 33,162.15 |
| 02/25/09 | 001009 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 8,655.00 | 24,507.15 |
| 02/25/09 | 001010 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 250.00 | 24,257.15 |
| 02/25/09 | 001011 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 1,113.00 | 23,144.15 |
| 02/25/09 | 001012 | Midwest Verizon Wireless<br>AFNI Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701 | Claim 000001, Payment 17.94% | 7100-000 | | 176.42 | 22,967.73 |
| 02/25/09 | 001013 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000002, Payment 17.94% | 7100-900 | | 266.07 | 22,701.66 |
| * 02/25/09 | 001014 | MBNA, TrueLogic Financial Corp<br>PO Box 4238<br>Englewood, CO 80155-4238 | Claim 000003, Payment 17.94% | 7100-004 | | 3,590.07 | 19,111.59 |
| 02/25/09 | 001015 | Atlantic Credit & Finance, Inc | Claim 000004, Payment 17.94% | 7100-900 | | 1,175.23 | 17,936.36 |

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58989 -ERW
Case Name: HERNANDEZ, EDWARD
HERNANDEZ, LYSETTE
Taxpayer ID No: *******0083
For Period Ending: 08/03/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0245 Non-Interest earning DDA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 13386<br>Roanoke, VA 24033-3386 | | | | | |
| 02/25/09 | 001016 | Raquel Meza<br>1652 North Talman #1<br>Chicago, IL 60647 | Claim 000005A, Payment 17.94% | 7100-000 | | 17,936.36 | 0.00 |
| * 05/29/09 | 001014 | MBNA, TrueLogic Financial Corp<br>PO Box 4238<br>Englewood, CO 80155-4238 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -3,590.07 | 3,590.07 |
| 06/03/09 | 001017 | Kenneth S. Gardner<br>Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn, 7th Floor<br>Chicago, Illinois 60604 | Deposit of Unclaimed Funds 347<br>Claim no. 3 - TrueLogic Financial | 8500-000 | | 3,590.07 | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

Account *******0245

| Count | Item | Amount | Count | Item | Amount |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 18 | Checks | 50,726.78 |
| 0 | Deposits | 0.00 | 0 | Adjustments Out | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | Total | $ 50,726.78 |
| 0 | Adjustments In | 0.00 | | | |
| 6 | Transfers In | 50,726.78 | | | |
| | Total | $ 50,726.78 | | | |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-58989 -ERW
Case Name: HERNANDEZ, EDWARD
HERNANDEZ, LYSETTE
Taxpayer ID No: *******0083
For Period Ending: 08/03/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0245 Non-Interest earning DDA Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

Total Allocation Receipts: 518,000.00
Total Allocation Disbursements: 468,198.02

Total Memo Allocation Net: 49,801.98

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 49,801.98 | 18 | Checks | 50,726.78 |
| 37 | Interest Postings | 924.80 | 0 | Adjustments Out | 0.00 |
| | | | 6 | Transfers Out | 50,726.78 |
| | Subtotal | $ 50,726.78 | | | |
| | | | | Total | $ 101,453.56 |
| 0 | Adjustments In | 0.00 | | | |
| 6 | Transfers In | 50,726.78 | | | |
| | Total | $ 101,453.56 | | Net Total Balance | $ 0.00 |